# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN CHAVEZ, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-505 |
| ) | |
| v. ) | Magistrate Judge Bissoon |
| ) | |
| HOPEWELL TOWNSHIP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Given the stay entered under 50 App. U.S.C. § 522, *see* text Order dated October 29, 2008, this case is ADMINISTRATIVELY CLOSED. *See generally* Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 127 (3d Cir. 2004) ("[a]dministrative closings comprise a familiar . . . way in which courts remove cases from their active files without . . . final adjudication") (citation and internal quotations omitted); Honig v. Comcast of Georgia I, LLC, 537 F. Supp.2d 1277, 1290 (N.D. Ga. 2008) ("[a]dministratively closing a case is a docket control device used by the [c]ourt for statistical purposes and does not prejudice the rights of the parties . . . in any manner"). Further, Defense counsel is hereby ORDERED to promptly notify Plaintiff's counsel when Defendant Michael Markun returns from active military service, so that Plaintiff may file an application to reopen the case. *See generally* In re Arbitration Between Philadelphia Elec. Co. v. Nuclear Elec. Ins., Ltd., 845 F. Supp. 1026, 1028 (S.D.N.Y. 1994) (administrative closing does not prevent "a party from restoring the action to the [c]ourt's active calendar upon an appropriate application").

IT IS SO ORDERED.

November 20, 2008                                  s\Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States Magistrate Judge

cc (via email):

Matthew S. Marquette, Esq.
Frank C. Walker, Esq.
Paul D. Krepps, Esq.